UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEMY HUICOCHEA,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>        Defendant. | No. CV13-2500-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Memorandum Decision and Order.

Dated: July 1, 2014

                                                    ____/s/_____
                                                    ALKA SAGAR
                                                    UNITED STATES MAGISTRATE JUDGE